AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Optimum Online, C/O CSC Holdings, LLC
Subpoena Compliance,
1111 Stewart Avenue,
Bethpage, NY  11714
CSCHoldingsLLC@netd-ttp.com

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U. S. District Court Lexington Grand Jury<br>101 Barr Street<br>Grand Jury Suite, 3rd Floor<br>Lexington, KY 40507 | November 17, 2022 at 9:00am |

**YOU MUST** also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

For accounts from Optimum Online, please provide:
*Any and all subscriber records and IP address logs for the following customer:
DAVIS PAOLUCCI, a/k/a MARC DAVIS PAOLUCCI, 456 Broadway, Apt. 2, Dobbs Ferry, NY 10522
*Any and all subscriber records and IP address logs for any customer at the following addresses:
--17 Main Street, Irvington, NY  10533
--21 Main Street, Irvington, NY  10533
*Any and all subscriber records for IP address 67.86.161.252

In lieu of a personal appearance you may provide this information, in electronic format or fax, if possible, to:
Special Agent Jared Wells, Federal Bureau of Investigation, 12401 Sycamore Station Place, Louisville, KY 40299; Phone: (502) 263-6000; Fax: (502) 263-6306; E-mail: jmwells@fbi.gov

THE NON-DISCLOSURE ORDER IS INCLUDED HEREIN.

Date: November 3, 2022

CLERK OF COURT



Robert R. Carr, Clerk
United States District Court
Eastern District of Kentucky

Robert R. Carr
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Kathryn M. Dieruf
260 West Vine Street  Suite 300  Lexington,  KY  40507
(859) 233-2661
Kathryn.Dieruf@usdoj.gov

AO 110  (Rev. 06/09)  Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* Optimum Online, C/O CSC Holdings, LLC
was received by me on *(date)* _____ .

❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

❒  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

IN RE:  GRAND JURY SUBPOENA NO.

WAIVER OF GRAND JURY APPEARANCE

Comes the undersigned and states as follows:

1. My name is _____.

2. My position is _____ with (name of company or entity)_____,
(Address) _____,
(City)_____, (State)_____.

3. I am ( )named witness ( )custodian of records for _____.
(business or entity subpoenaed) (check one or both, as applicable).

4. This subpoena was served on me on _____.

5. I understand that I have the right to personally appear before the Grand Jury in response to the subpoena duces tecum, and produce for the Grand Jury the records called for by the subpoena.  However, I choose to waive my right to appear, testify and/or produce those records called for by the subpoena duces tecum.

6. Check one:
( ) I agree to deliver, and to the best of my knowledge have delivered to the designated agent for the United States, all of the materials called for by the subpoena for production to the Grand Jury.

( ) I agree to transmit, and to the best of my knowledge to have transmitted under seal and by registered mail to the designated agent for the United States, all of the materials called for by the subpoena for production to the Grand Jury.

( ) I have conducted a diligent search and, to the best of my knowledge and belief, none of the materials called for by the subpoena are in my care, custody or control.

7. I recognize that I am under a continuing duty to turn over to the Grand Jury any and all materials described in the subpoena which hereinafter come to my attention and into my custody or control.

DATE: _____       _____
                                                                          SIGNATURE

RECEIPT OF EVIDENCE PRODUCED PURSUANT TO WAIVER OF APPEARANCE

8. _____, Date _____
(Signature of Agent receiving subpoenaed
materials and waiver from witness)

9. _____, Date _____
(Signature of Agent making return)

10. On behalf of the Grand Jury, I hereby acknowledge return of materials subpoenaed and, by agreement of the Grand Jury, commit said materials to the custody of the agent making the said return.

_____
(Foreman of the Grand Jury receiving materials)

_____ (Date of return)

CERTIFICATION UNDER FEDERAL RULES OF EVIDENCE
803(6), 902(11), AND 902(13)

I hereby certify that I am a records custodian / employee at _____

(NAME OF BUSINESS[1]), hereafter "the business." I further certify that:

1. The attached records, consisting of _____, are true and correct copies / original records of the business, and I am familiar with how the records were created, managed, stored, and retrieved;

2. It is the regular practice of the business to make and maintain such records;

3. The records were made at or near the time of the events reflected in the records;

4. The records were made by, or from information transmitted by, a person with knowledge of the events reflected in the records, or the records were generated by an electronic process or system that produces an accurate result.

5. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.[2]

Executed on _____   _____
              (Date)                          Signature

                                    _____
                                        Name (Typed or Printed)

                                    _____
                                        Title

---

[1] The term "business" includes businesses, institutions, organizations, associations, professions, occupations, and callings of every kind, whether or not conducted for profit.
[2] *See* 28 U.S.C. § 1746.



U.S. Department of Justice

United States Attorney

Eastern District of Kentucky

260 West Vine Street, Suite 300  
Lexington, KY  40507-1612  
Phone 859-233-2661  
Fax 859-233-2747

207 Grandview Drive, Suite 400  
Ft. Mitchell, KY  41017-2765  
Phone 859-655-3200  
Fax 859-655-3211

601 Meyers Baker Road, Suite 200  
London, KY  40741-3035  
Phone 606-864-5523  
Fax 606-864-3590

November 3, 2022

Optimum Online, C/O CSC Holdings, LLC  
Subpoena Compliance,  
1111 Stewart Avenue,  
Bethpage, NY  11714  
CSCHoldingsLLC@netd-ttp.com

**Re: Grand Jury Subpoena No.** 2021R00353 - 068

Dear Custodian of Records:

The Grand Jury is conducting a criminal investigation into a suspected felony.   Pursuant to that investigation, it requests you to provide information pursuant to the attached subpoena.

The Court has ordered that you not disclose the existence of this subpoena to your customer or subscriber.   **The non-disclosure order is included herein.**

The subpoena requires production of specified materials to be returned and presented before the Grand Jury.

Please comply with the subpoena:

(1)   By appearing personally with the materials before the Grand Jury on the date and at the place set out in the subpoena; **OR**

(2)   By personally furnishing the materials to:

 FBI Special Agent Jared Wells

an agent of the United States, prior to the date specified for the Grand Jury appearance; **OR**

November 3, 2022
Page 2

(3)     By transmitting the materials in a securely sealed container by registered United States Mail or other delivery, addressee only, to the following:

    FBI Special Agent Jared Wells
    12401 Sycamore Station Place
    Louisville, KY 40299

in advance of the date specified in the subpoena to assure arrival at least one day prior to that date.

**_PLEASE DO NOT TRANSMIT THE MATERIALS TO THE UNDERSIGNED ATTORNEY OR U.S. ATTORNEY'S OFFICE._**

If you elect to release the materials to the agent, personally or by mail, you must execute the attached Waiver of Grand Jury Appearance and return it with the records. Your choice among the three methods of compliance outlined herein is entirely within your discretion.

If you require additional time to produce records beyond the appearance date specified in the subpoena, please contact me at your earliest convenience.

Sincerely,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:    _s/Kathryn Dieruf_
     Kathryn Dieruf
     Assistant United States Attorney

Enclosures